**FILED**

MAY 1 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTWINE A. TAZEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 0793** |
| | ) | |
| BARACK OBAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(i). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Plaintiff alleges that the government has implanted devices in his body, and that these devices control his mind and body functions. *See* Compl. at 4-6 (page numbers designated by the



3

Court).  These devices allegedly cause plaintiff "'extreme' pain and suffering physically,

psychologically, emotionally and financially for their cognitive interrogation." *Id.* at 5.  He

demands that the implants be removed immediately, and also demands compensation of $5

billion. *Id.* at 16.

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent

standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404

U.S. 519, 520 (1972).  Having reviewed plaintiff's complaint, the court concludes that its factual

contentions are baseless and wholly incredible.  For this reason, the complaint is frivolous and

must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(i).  An Order consistent with this

Memorandum Opinion is issued separately.

_____
United States District Judge

DATE:  5/7/10