**FILED**

MAY 14 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTWINE A. TAZEWELL,          )
                              )
        Plaintiff,            )
                              )
v.                            )   Civil Action No.  **10 0793**
                              )
BARACK OBAMA, *et al.*,       )
                              )
        Defendants.           )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED the complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

*/s/ Ellen S. Huvelle*
United States District Judge

Date: 5/7/10